# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALBERTA HUBBARD,

        Plaintiff,          Case No. 07-12258

-v-          Hon. Marianne O. Battani

        Referral Judge Virginia M. Morgan

DETROIT PUBLIC SCHOOLS,

        Defendant.          **ORDER GRANTING DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD**

_____/

        Having fully considered Defendant Detroit Public Schools' Motion to Supplement the Record,

**IT IS HEREBY ORDERED** that Defendant's Motion to Supplement the Record is GRANTED. The electronic record shall be supplemented to include (1) trial exhibits P4, P5, P8, P28, P34, D2, D3, D9, D10, D13, D19, D20, D21, D26, D27, D28, D34, D37, D46, D47, D58, and D60 and (2) the deposition transcript excerpts of Dr. John Eggenberger as requested in Defendant's Motion.

Date: 9/28/09          s/Marianne O. Battani

        Hon. Marianne O. Battani
        U.S. District Court Judge